# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-1119**  **September Term, 2023**

EPA-89FR38508

Filed On: August 6, 2024

State of North Dakota, et al.,

    Petitioners

  v.

Environmental Protection Agency,

    Respondent

------------------------------

San Miguel Electric Cooperative, Inc., et al.,
        Intervenors

------------------------------

Consolidated with 24-1154, 24-1179, 24-1184, 24-1190, 24-1194, 24-1201, 24-1217, 24-1223

**BEFORE:** Henderson, Pan, and Garcia, Circuit Judges

# O R D E R

Upon consideration of the motions for stay pending review, the oppositions thereto, the replies, and the Rule 28(j) letter, it is

**ORDERED** that the motions for stay be denied. Petitioners have not satisfied the stringent requirements for a stay pending court review. See Nken v. Holder, 556 U.S. 418, 434 (2009); D.C. Circuit Handbook of Practice and Internal Procedures 33 (2021). It is

**FURTHER ORDERED**, on the court's own motion, that the parties submit, within 14 days from the date of this order, proposed formats and schedules for the briefing of these cases. The parties are strongly urged to submit a joint proposal and are reminded that the court looks with extreme disfavor on repetitious submissions and will, where appropriate, require a joint brief of aligned parties with total words not to exceed the standard allotment for a single brief. Whether the parties are aligned or have disparate interests, they must provide detailed justifications for any request to file

separate briefs or to exceed in the aggregate the standard word allotment. Requests to exceed the standard word allotment must specify the word allotment necessary for each issue.

**Per Curiam**

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                     BY:    /s/
                                        Selena R. Gancasz
                                        Deputy Clerk