# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1119**                                    **September Term, 2024**

**EPA-89FR38508**

**Filed On: February 20, 2025** [2101701]

State of North Dakota, et al.,

        Petitioners

     v.

Environmental Protection Agency,

        Respondent

------------------------------

San Miguel Electric Cooperative, Inc., et al.,
        Intervenors

------------------------------

Consolidated with 24-1154, 24-1179,
24-1184, 24-1190, 24-1194, 24-1201,
24-1217, 24-1223

      **BEFORE:**   Henderson, Millett, and Childs, Circuit Judges

### O R D E R

Upon consideration of respondents' unopposed motion to hold case in abeyance; and respondents' unopposed motion to extend time to submit proposed oral argument formats, it is

**ORDERED** that the motion to hold cases in abeyance be granted, and these consolidated cases are hereby removed from the March 27, 2025 oral argument calendar and are held in abeyance pending further order of the court.

Respondents are directed to file motions to govern further proceedings by May 21, 2025.

It is **FURTHER ORDERED** that the motion to extend time be dismissed as moot.

### Per Curiam

                           **FOR THE COURT:**
                           Clifton B. Cislak, Clerk

               BY:    /s/
                           Michael C. McGrail
                           Deputy Clerk