**ORAL ARGUMENT NOT YET SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

STATE OF NORTH DAKOTA, et al.,

    *Petitioners*,

    v.

U.S. ENVIRONMENTAL PROTECTION
AGENCY, et al.,

    *Respondents*.

Case No. 24-1119
(and consolidated cases)

**RESPONDENTS' STATUS REPORT**

As ordered by the Court on October 15, 2025, EPA files its status report. Doc. No. 2140299.

The petitions challenge EPA's National Emission Standards for Hazardous Air Pollutants: Coal-and Oil-Fired Electric Utility Steam Generating Units Review of Residual Risk and Technology Review, 89 Fed. Reg. 38508 (May 7, 2024) ("2024 Rule"). On July 18, 2025, the Court ordered these petitions in abeyance, with status reports due every 90 days, while EPA reconsiders the 2024 Rule. Doc. No. 2126236.

On June 17, 2025, EPA published a proposed rule to repeal certain parts of the 2024 Rule. 90 Fed. Reg. 25535. EPA held a virtual public meeting on the

1

proposed rule on July 10, 2025.[1]  The public comment period for the proposed rule

closed on August 11, 2025.  *Id.*  EPA expects to take final action on the proposed

rule by the end of 2025.[2]

<div style="margin-left:40%">

Respectfully submitted,

ADAM R.F. GUSTAFSON
*Acting Assistant Attorney General*

</div>

*Of Counsel:*

HOWARD J. HOFFMAN
Office of the General Counsel
U.S. Environmental Protection
Agency
Washington, D.C.

<div style="margin-left:40%">

 */s/ David Mitchell*

REDDING COFER CATES
DAVID D. MITCHELL
Environmental Defense Section
Environment & Natural Resources Div.
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 598-9737
david.mitchell@usdoj.gov

</div>

Dated: November 14, 2025

---

[1] *See* https://www.epa.gov/stationary-sources-air-pollution/mercury-and-air-toxics-standards

[2] *See* https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202504&RIN=2060-AW68

**CERTIFICATE OF SERVICE**

I certify that on November 14, 2025, a copy of the foregoing document was served electronically through the Court's CM/ECF system on all registered counsel.


Dated: November 14, 2025                    /s/ *David Mitchell*
                                                                    DAVID D. MITCHELL