# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1119**                                      **September Term, 2025**

**EPA-89FR38508**

**Filed On: May 27, 2026** [2175137]

State of North Dakota, et al.,

       Petitioners

    v.

Environmental Protection Agency,

       Respondent

------------------------------

San Miguel Electric Cooperative, Inc., et al.,
              Intervenors
------------------------------

Consolidated with 24-1154, 24-1179,
24-1184, 24-1190, 24-1194, 24-1201,
24-1217, 24-1223

## O R D E R

Upon consideration of respondents' unopposed motion to govern, it is

**ORDERED** that these consolidated cases remain in abeyance pending further order of the court.  The parties are directed to file motions to govern future proceedings within 30 days of the issuance of this court's mandate in No. 26-1070, et al., Air Alliance Houston v. EPA.

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

     BY:    /s/
             Catherine J. Lavender
             Deputy Clerk